NO. 07-05-0083-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MARCH 8, 2005

______________________________

CLARE CONSTAT, LTD. and STEPHEN YORK TAYLOR,

Appellants

V.

MAX SWINBURN,

Appellee

_________________________________

FROM THE 242ND DISTRICT COURT OF CASTRO COUNTY;

NO. B-8243-0404; HON. ED SELF, PRESIDING

_______________________________

MEMORANDUM OPINION

_______________________________

Before QUINN, REAVIS and CAMPBELL, JJ.

Appellants Clare Constat, Ltd. and Stephen York Taylor filed a notice of appeal on February 25, 2005.  However, they did not pay the $125 filing fee required from appellants under Texas Rule of Appellate Procedure 5.  Nor did they file an affidavit of indigence per Texas Rule of Appellate Procedure 20.1.  By letter from this Court dated February 25, 2005, we informed appellants that “the filing fee in the amount of $125.00 has not been paid . . . .  Failure to pay the filing fee within ten (10) days from the date of this notice may result in a dismissal.”  
Tex. R. App. 
P. 42.3(c); 
see Holt v. F. F. Enterprises
, 990 S.W.2d 756 (Tex. App.--Amarillo 1998, pet. ref’d).  The deadline lapsed, and the fee was not received. 

Because appellants have failed to pay the requisite filing fee as directed by the court, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(c). 

                                                                

Per Curiam